UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KENNETH RANDALL BIVINS  CASE NO. 20-10722
115 WILSON ST  JUDGE BENJAMIN A. KAHN
GRAHAM, NC  27253

DEBTOR

SSN(1) XXX-XX-6147  DATE: 04/02/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID:  1735<br>CLAIM #:  0017 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| CENTURY DEBT SETTLEMENT<br>2000 COMMERCE LOOP STE 2111<br>NORTH HUNGTINGDON, PA  15642 | $0.00<br>INT:  .00%<br>NAME ID:  183254<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIZENS BANK NA<br>ONE CITIZENS BANK WAY MAILSTOP<br>JCA115<br>JOHNSTON, RI  02919 | $21,847.50<br>INT:  5.25%<br>NAME ID:  175530<br>CLAIM #:  0008 | (V) VEHICLE-SECURED<br><br>ACCT:  5148<br>COMMENT:  16TOYO |
| CITIZENS BANK NA<br>ATTN MANAGING OFFICER<br>ONE CITIZENS PL<br>PROVIDENCE, RI  02903 | $0.00<br>INT:  .00%<br>NAME ID:  183251<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT:  .00%<br>NAME ID:  2914<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| COMENITY CAPITAL ACAD<br>3075 LOYALTY CIR<br>P O BOX 182120<br>COLUMBUS, OH  43218 | $0.00<br>INT:  .00%<br>NAME ID:  183255<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONSOLIDATION PLUS<br>4940 S WENDLER DR #210<br>TEMPE, AZ  85282 | $0.00<br>INT:  .00%<br>NAME ID:  169842<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $1,668.19<br>INT: .00%<br>NAME ID: 180353<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 5866<br>COMMENT: |
| FREEDOM MORTGAGE CORPORATION<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | MONTHLY PMT $783.39<br>INT: .00%<br>NAME ID: 161749<br>CLAIM #: 0005 | (H) ONGOING-SECURED<br><br>ACCT: 5835<br>COMMENT: DT,RE RP,CTD,EFF JAN21 |
| FREEDOM MORTGAGE CORPORATION<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | $2,350.17<br>INT: .00%<br>NAME ID: 161749<br>CLAIM #: 0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 5835<br>COMMENT: ARR,OCT THRU DEC20 |
| FREEDOM MORTGAGE CORPORATION<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | $1,695.58<br>INT: .00%<br>NAME ID: 161749<br>CLAIM #: 0007 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 5835<br>COMMENT: ARR THRU SEPT20 |
| FREEDOM MORTGAGE CORPORATION<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | $450.00<br>INT: .00%<br>NAME ID: 161749<br>CLAIM #: 0018 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 5835<br>COMMENT: POST PET FEES |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6147<br>COMMENT: OC |
| LOCAL GOVERNMENT FED CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $5,777.53<br>INT: .00%<br>NAME ID: 127776<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1140<br>COMMENT: |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $5,616.08<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 9906<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6147<br>COMMENT: OC |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $1,298.34<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 7285<br>COMMENT: SYNCHORNY BANK |
| **TOTAL:** | **$41,538.78** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  04/02/2021                                                      OFFICE OF THE CHAPTER 13 TRUSTEE

                                                       By:  /s/  Gayle McFarland
                                                             Clerk
                                                             Chapter 13 Office
                                                             500 W FRIENDLY AVE STE 200
                                                             P O BOX 1720
                                                             GREENSBORO, NC  27402-1720

cc:  Debtor
      Attorney for Debtor - Electronic Notice